IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EMERY D. HANDY, JR.,

        Appellant,

                                      Case No. 5D23-452
v.                                  LT Case No. 16-2017-CF-002709-AXXX

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed April 18, 2023

3.800 Appeal from the Circuit
Court for Duval County,
Tatiana Salvador, Judge.

Emery D. Handy, Milton, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED. See Lentz v. State, 567 So. 2d 997 (Fla. 1st DCA 1990).


WALLIS, EDWARDS and MACIVER, JJ., concur.